# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SILBERBERG,<br><br>               Plaintiff,<br><br>v.<br><br>DAUNTLESS DISCOVERY LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>               Defendants.<br><hr>DAUNTLESS DISCOVERY LLC,<br><br>               Counterclaimant,<br><br>v.<br><br>ANDREW SILBERBERG, an individual,<br><br>               Counter-Defendant. | Case No.: 20-CV-1545 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>(ECF No. 15) |

Presently before the Court is the Parties' Joint Motion to Dismiss Entire Action with Prejudice ("Joint Mot.," ECF No. 15). Good cause appearing, the Court **GRANTS** the Joint Motion. The Court **DISMISSES** this action **WITH PREJUDICE** as to all claims and counterclaims alleged by the Parties herein. As stipulated between the Parties, each shall bear its own costs and attorneys' fees. As this concludes the litigation in this matter,

the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: November 13, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge